# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Renn, Thomas M. | 2. Court or Organization<br><br>Bankruptcy Court-Oregon | 3. Date of Report<br><br>06/14/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐  Amended Report | 6. Reporting Period<br><br>1/1/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

U. S. Bankruptcy Court
Wayne L. Morse U. S. Courthouse
405 East 8th Avenue, Suite 2600
Eugene, OR 97401

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐  NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Owner | Thomas M. Renn, Trustee in Bankruptcy - sole proprietorship |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑  NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Renn, Thomas M. | 06/14/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | US District Court - chapter 7 trustee fees (gross) | $1,039.86 |
| 2. | 2012 | Thomas M. Renn, Trustee in Bankruptcy - case fees and expenses (gross) | $225,814.80 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Oregon State Bar, Debtor-Creditor Section | 4/26/2012 to 4/28/2012 | Seattle, Washington | Northwest Bankruptcy Institute CLE (seminar speaker) | registration, transportation, hotel |
| 2. | Oregon State Bar, Debtor-Creditor Section | 10/19/2012 to 10/20/2012 | Portland, Oregon | Debtor-Creditor Section Annual Meeting and CLE (seminar speaker) | registration, hotel |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Renn, Thomas M. | 06/14/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | California Lutheran University | tuition and fees; room and board | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Renn, Thomas M. | 06/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Chase Bank (accounts) | A | Interest | J | T | | | | | |
| 2. Oregon Community Credit Union (accounts) | A | Interest | | | Closed | 12/31/12 | J | | |
| 3. Umpqua Bank (accounts) | A | Interest | K | T | | | | | |
| 4. US Bank (accounts) | A | Interest | L | T | | | | | |
| 5. New York Life Insurance (cash value) | A | Int./Div. | J | T | | | | | |
| 6. State Farm Universal Life | A | Interest | J | T | | | | | |
| 7. Thrivent Financial for Lutherans Universal Life | B | Interest | K | T | | | | | |
| 8. Thrivent Financial for Lutherans SEP-IRA | C | Int./Div. | K | T | | | | | |
| 9. -Large Cap Stocks | | | | | | | | | |
| 10. -Mid Cap Stocks | | | | | | | | | |
| 11. -International Stocks (Y) | | | | | | | | | |
| 12. -Partner Worldwide Allocation (X) | | | | | | | | | |
| 13. -High Yield Bonds | | | | | | | | | |
| 14. Thrivent Financial for Lutherans Traditional IRA | C | Int./Div. | K | T | | | | | |
| 15. -Mid Cap Growth | | | | | Buy | 4/19/12 | J | | |
| 16. -Partner International Stock (Y) | | | | | | | | | |
| 17. -Partner Worldwide Allocation (X) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Renn, Thomas M. | 06/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Large Cap Growth | | | | | Buy | 4/19/12 | J | | |
| 19. -Large Cap Stock | | | | | | | | | |
| 20. -High Yield Bonds | | | | | | | | | |
| 21. Thrivent Financial for Lutherans Traditional IRA | D | Int./Div. | K | T | | | | | |
| 22. -Large Cap Growth | | | | | Buy | 4/19/12 | J | | |
| 23. Thrivent Investment Management (Roth IRA) (Y) | | | | | | | | | |
| 24. -Thrivent Aggressive Allocation Fund-A (Y) | | | | | | | | | |
| 25. Thrivent Investment Management (Roth IRA) | A | Int./Div. | J | T | | | | | |
| 26. -Thrivent Aggressive Allocation Fund-A | | | | | Buy | 4/20/12 | J | | |
| 27. | | | | | | | | | |
| 28. | | | | | | | | | |
| 29. | | | | | | | | | |
| 30. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Renn, Thomas M. | 06/14/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

(1) Part I, line 1. Thomas M. Renn, Trustee in Bankruptcy, sole proprietor business is no longer active, but I expect to receive future income from the business based on trustee's fees and expense reimbursement generated by successor bankruptcy trustees. I have no control over generation of income.

(2) Part III-A, lines 1-2. Thomas M. Renn, Trustee in Bankruptcy, sole proprietor business is no longer active and involves no work on my part. I do expect to continue to receive chapter 7 trustee's fees and expenses from open cases as the successor trustee completes the work and makes distributions.

(3) Part V, line 1. The Oregon State Bar Debtor-Creditor Section provided a catered reception for its members and guests following my investiture on January 6, 2012. The donors were anonymous, I was not involved in the solicitation of funds or the payment of the expenses, and I am not aware of the total costs which were kept confidential.

(4) Part VII, lines 8-26. All funds listed are Thrivent Financial for Lutherans mutual funds, held within the listed Thrivent-managed IRAs.

(5) Part VII, lines 11-12 and 16-17. Thrivent Financial for Lutherans discontinued the Partner International Stock funds and automatically converted the value to the Partner Worldwide Allocation fund.

| Name of Person Reporting | Date of Report |
|---|---|
| Renn, Thomas M. | 06/14/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas M. Renn**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544